FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
WHITNEY J. SELERT, ESQ.
Nevada Bar No.: 5492
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV  89169
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
E-Mail Address:  smahoney@laborlawyers.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KHALIFA DERENKAI, an individual, | ) |
| | ) Case No. 2:15-cv-01099 |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER FOR** |
| vs. | ) **EXTENSION OF TIME TO** |
| | ) **ANSWER OR OTHERWISE** |
| PAN AM INTERNATIONAL FLIGHT ACADEMY, a Delaware corporation, | ) **RESPOND TO PLAINTIFF'S** |
| | ) **COMPLAINT** |
| | ) (1st Request) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED that Defendant will have an extension of time to answer or otherwise appear and respond to Plaintiff's Complaint up to and including September 16, 2015.  This is the first request for an extension.

| MORRIS ANDERSON | FISHER & PHILLIPS LLP |
|---|---|
| By:  /s/ Kimball Jones, Esq. | By:   /s/  Whitney J. Selert, Esq. |
| Ryan M. Anderson, Esq. | Mark J. Ricciardi, Esq. |
| Kimball Jones, Esq. | Whitney J. Selert, Esq. |
| 716 S Jones Blvd. | 3800 Howard Hughes Parkway |
| Las Vegas, NV  89107 | Suite 950 |
| Attorneys for Plaintiff | Las Vegas, NV  89169 |
| | Attorneys for Defendant |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: August 27, 2015

FPDOCS 30990475.1

- 1 –