**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KHALIFA DERENKAI, | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-01099-JAD-CWH |
| vs. | ) | **ORDER** |
| PAN AM INTERNATIONAL FLIGHT ACADEMY, | ) | |
| Defendant. | ) | |

Presently before the court is the Defendant Pan Am International Flight Academy's Motion to Stay Discovery (ECF No. 50), filed on January 11, 2016.  Plaintiff Khalifa Derenkai filed a notice of non-opposition (ECF No. 51) on January 23, 2016.  The court finds that good cause exists to stay discovery pending resolution of the motion to dismiss (ECF No. 43).

IT IS THEREFORE ORDERED that Defendant Pan Am International Flight Academy's Motion to Stay Discovery (ECF No. 50) is GRANTED.

IT IS FURTHER ORDERED that if the district judge denies the motion to dismiss, then the parties must meet and confer and file a proposed discovery plan and scheduling order within 14 days from the date of the order denying the motion to dismiss.  The proposed discovery plan must comply with Local Rule 26-1(e), with discovery deadlines measured from the date of the order on the motion to dismiss.

IT IS FURTHER ORDERED that the parties must file a joint status report 90 days from the date of this Order.

DATED: January 25, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**