# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KHALIFA DERENKAI, | Case No. 2:15-cv-1099-JAD-CWH |
| Plaintiff, | |
| v. | |
| PAN AM INTERNATIONAL FLIGHT ACADEMY, | ORDER |
| Defendant. | |

Presently before the Court is the parties' joint status report (ECF No. 63), filed on June 29, 2016. The parties have informed the Court that they are waiting on the outcome of a pending motion for leave to file an amended complaint (ECF No. 58), and so have not commenced discovery.

IT IS THEREFORE ORDERED that within 21 days after the Court rules on the pending motion (ECF No. 58), the parties must meet and confer and file a revised joint discovery plan and scheduling order, using the date of the issuance of the order as the beginning of the discovery period.

DATED: July 14, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge